# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**ANGELO JOSEPH FERNANDEZ**

    Defendant.

CR NO: 1:21-MJ-00044-EPG-1

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: ANGELO JOSEPH FERNANDEZ
Detained at: FRESNO COUNTY JAIL

Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
  charging detainee with: 18 U.S.C. §922(g)(1) Felon in Possession of Ammunition
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Laura Jean Berger
Printed Name & Phone No: LAURA JEAN BERGER, 559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/20/2021

*Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | ANGELO JOSEPH FERNANDEZ | ☒ Male ☐ Female | |
| Booking or CDC #: | 2116168 | DOB: | 1/11/80 |
| Facility Address: | 1225 M Street, Fresno, CA, 93721 | Race: | |
| Facility Phone: | (559) 600-8600 | FBI#: | 115958NB5 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____ _____
                                     (signature)